IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CHRIS FORDHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:13CV617 |
| | ) | |
| ALVIN KELLER, JR., KIERAN SHANNAHAN, JOEL HERRON, GARY CRUTCHFIELD, NEAL LEAKEZ, CHANDRA RANSON, MR. BARNES, SGT. STARR, and CHAVIS, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

BEATY, District Judge.

On March 12, 2015, the Order, Memorandum Opinion and Recommendation of United States Magistrate Judge [Doc. #49] was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). In the Recommendation, the Magistrate Judge recommended that the Motion to Dismiss [Doc. #21] filed by Defendants Gary Crutchfield, Chandra Ranson, and Neal Leakez and joined in by Defendants Lisa Starr and Daniel Barnes [Doc. #32 & #33] be denied, but that Defendant Daniel Barnes' Motion to Dismiss [Doc. #34] filed only as to himself, be granted. Additionally, the Magistrate Judge ordered that Plaintiff's motion entitled "Plaintiff's Affidvait-Styled [Combined] 'Motion to Reconsider' and Vacate USMJ's 4/08/14 Order of Denials" be denied. No objections were filed within the time limits prescribed by § 636.

In the absence of objections, this Court reviews the Recommendation only for clear error. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005);

Fed. R. Civ. P. 72 advisory committee's note. The Court has appropriately reviewed the Recommendation. Having done so, the Court finds that no clear error exists and the Recommendation should be adopted. The Magistrate Judge's Recommendation [Doc. #49] is therefore affirmed and adopted for the reasons set forth therein.

IT IS THEREFORE ORDERED that the Motion to Dismiss [Doc. #21] filed by Defendants Gary Crutchfield, Chandra Ranson, and Neal Leakez and joined in by Defendants Lisa Starr and Daniel Barnes [Doc. #32 & #33] is DENIED, and the Motion to Dismiss [Doc. #34] filed by Defendant Daniel Barnes, pertaining to only himself, is GRANTED.

This, the 31st day of March, 2015.

／s／ James A. Beaty
United States District Judge